IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | Case No.   4:19-MJ-851<br><br>[FILED UNDER SEAL] |

I, Donald Schnitker, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Iowa Division of Criminal Investigations. I am a graduate of Iowa State University; with Bachelor's Degrees in Psychology and Sociology. Your affiant is also a graduate Iowa Department of Public Safety (DPS) Training Center and have been a certified State Peace Officer since 2001. Since graduation from the DPS Academy I have been employed as a Special Agent for the Iowa Division of Criminal Investigation (DCI) in both the Special Operation Bureau and the Major Crime Unit. Since the fall of 2004 I been assigned as a Special Agent in the Major Crime Unit of the DCI and tasked with completing investigations that are complex and/or violent in nature. Your affiant has been lead Agent on over a hundred major crime investigations and has provided investigative assistance in numerous other investigations at both the state and federal level.

2. In connection with my official duties, I investigate certain criminal violations of the Iowa Criminal and United States Code. In connection with my duties and responsibilities as a law enforcement officer, I have testified in judicial proceedings and prosecutions for violations of both state and federal laws. I have been involved in state and federal investigations which have resulted in numerous arrests and criminal convictions.


FILED
By: Clerk's Office, Southern District of Iowa
1:29 pm, Dec 20 2019

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit contains only a summary of certain relevant facts. I have not included every fact known to me or other investigators concerning the individuals and events described in this affidavit.

4. Based on the facts in this affidavit, there is probable cause to believe that Cody Ray LEVEKE, also known as Cody MEYER, has committed a violation of Title 18, United States Code, Section 875(c) (Interstate Communication of a Threat).

**PROBABLE CAUSE**

5. On or about September 3, 2019, LEVEKE sent threatening emails and left a threatening voicemail to Iowa State Senator Herman Quirmbach, who is an Iowa State Senator and represents portions of Story County. On September 5, 2019, a criminal complaint from the Iowa District Court for Story County and an arrest warrant was issued alleging Cody Ray LEVEKE, aka Cody Meyers, made terroristic threats against Senator Quirmbach, in violation of Iowa Code Section 708A.5. FECR058904.

6. As part of the investigation, officers have reviewed approximately 24 emails between Senator Quirmbach and LEVEKE. Starting at least as early as April 17, 2009, LEVEKE began contacting Senator Quirmbach by email in reference to legislation regarding the sex offender registry.

7. LEVEKE is currently registered as a sex offender in Arizona. Law enforcement databases show LEVEKE resides in Maricopa County, Arizona, which includes Glendale, Arizona.

8.  LEVEKE is required to register as a sex offender in Arizona because he was convicted of sexual abuse in the 3rd degree by the Iowa District Court for Polk County on March 16, 2004. FECR160135.

9.  In general, LEVEKE communications with Senator Quirmbach express his frustration he cannot be removed from the sex offender registry and states it has affected his ability to run a business in Arizona.

10. Senator Quirmbach was involved in an attempt to change the procedures in Iowa for an individual to petition the court regarding their sex offender registration, which LEVEKE appeared to believe would have helped him be removed from the registry. The legislation has not passed the Iowa legislature.

11. On September 3, 2019, at approximately 5:37am, LEVEKE sent an email which reads:

Senator Herman:
Law Enforcement has become pretty aggressive against me since the court rulings ending my registration. The Tempe police department have spread more of this bullshit on the internet, and have attempted to file 10+ felonys on me. I have a civil suit against them for libel, however seeing how dirty they are I don't want to pursue it outta fear that they will retaliate against me.

I'm angry enough to pull a mass shooting down at the State House. The law I had the court declare invalid is still on the books.

The legislature is in violation of the constitution, and needs to pass the changes to the law I have proposed. Years have gone by, and you continue to violate.

I am in need of an explanation for this illegal behavior, and the names of the individuals responsible for holding the bill up in the house.

This is why the right to possess a weapon is protected in the constitution. Those that conspired to violate my civil rights and the rights of others under color of law should live in fear.

Currently I'm homeless, $2 to my name, warrant for my arrest. I have done the peaceful thing and fled, as I'm out gunned.

STOP BREAKING THE LAW ASSHOLE!

12. On September 3, 2019, at approximately 8:41am, LEVEKE left a voicemail for Quirmbach. In the voicemail, LEVEKE states this is "Cody Leveke," confirms he "sent an email earlier," and advises he is "a very angry person right now." LEVEKE then states his constitutional rights are being violated and yells for the duration of the message.

13. On September 3, 2019, at approximately 4:33pm, LEVEKE sent another email to Sentaor Quirmbach, which reads:

> https://news.google.com/articles/CBMiYWh0dHBzOi8vYWJjbmV3cy5nby5jb20vVVMvZ3VuLWxvb3Bob2xlLWFsbG93ZWQtd2VzdC1US&gl=US&ceid=US%3Aen
>
> Just know you are powerless to stop it. I suggest the legislature walk the line, and stay 100 miles away from violating anyone's right. The police cannot take a gun they don't know about. The guy in Texas was a convicted felon barred from possing the AR but was able to buy buy one anyway. It's an example of how powerless the State is over guns. This guy killed a police officer trying to write him a ticket, after he was fired from his job. I bet that cop was sorry he decided to write that guy ticket when he saw the gun pointed at his head.
>
> This email is an order to the Iowa Legislature to stand down with any attempts to violate the civil rights of anyone. I demand the existing law be taken off the books. The continuing Disobedience to the Constitution by the legislature deserves a violent response at this point. Let's not have it go there senator respect our constitution.
>
> **THE 2ND AMENDMENT EXISITS SO WE CAN KILL POLITICIANS WHEN THEY DONT ACT IN ACCORDANCE TO LAW.**

The link is to a news article about the August 31, 2019 shooting that occurred in Odessa, Texas.

14. On September 4, 2019, at approximately 3:09pm, LEVEKE sent another email to Senator Quirmbach, which reads:

4

Senator Herman:

My demands to the Iowa Legislature are are simple. The law has already been overturned by the district Court, yet the Legislature refuses to pass the bill, that would make the law Constitutional.

I am interpreting the failure to act as an act of agression by The Iowa Legislature, and the Polk County Attorney. Both of these entities knowingly and deliberately are violation the Constitutional Right of Citizens to access Courts.

I demand the bill be passed by both Houses of the legislature, and the Govenor sign it as soon as possible.

Those that seek to violate the Constitution will be held accountable and will answer to me.

Understood?

15. When he left the voicemail and sent the email, LEVEKE was on probation for two felony harassment charges in Arizona. Through an exigency request, the Tempe Police Department sought and received approval to ping LEVEKE's phone—the same phone LEVEKE used to call Senator Quirmbach. At the time of the ping, the phone was located in Los Angeles, California.

16. In addition to the voicemail LEVEKE left for Senator Quimbach, Sergeant Michael Current of the Iowa State Patrol obtained and reviewed a 911 call made to the Tempe Police Department on September 18, 2019 from LEVEKE's cell phone. In the call, LEVEKE makes threats to law enforcement for violating his civil rights and claiming to have the right to acquire a firearm and shoot law enforcement who violate his civil rights.

17. On or about October 22, 2019, LEVEKE was arrested in Studio City, California on the outstanding warrant.

18. On November 6, 2019, LEVEKE appeared in the Iowa District Court for Story County, declined counsel, and requested to represent himself. LEVEKE has made several public filings. For example, on December 16, 2019, Defendant filed a motion to dismiss stating "there is substantial evidence contained in the trial information that defendant was unarmed, and in other

states when these acts are said to occur" and also that "Someone who is broke, homeless, has no gun, and in Los Angeles is in no way an immine[n]t threat to anyone in Iowa."

## CONCLUSION

19. Based on the facts and information presented above, your affiant believes Cody Ray LEVEKE, also known as Cody Meyers, has transmitted in interstate commerce a communication containing a threat to injure the person of another, namely Senator Herman Quirmbach. Wherefore, your affiant respectfully requests that an arrest warrant be issued for Cody Ray LEVEKE for a violation of Title 18, United States Code, Section 875(c), interstate communication of a threat.

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

*[signature]*
Donald Schnitker, Special Agent
Iowa Division of Criminal Investigation

Subscribed and sworn to before me this 20th day of December, 2019.

*[signature]*
Helen C. Adams
Chief United States Magistrate Judge