AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 DEC 20  PM 2:13
U.S. MARSHALS SERVICE
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>CODY RAY LEVEKE,<br>also known as Cody Meyers,<br><br>Defendant | )<br>)  Case No.  4:19-MJ-851<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  CODY RAY LEVEKE, aka Cody Meyers,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct 1 - Interstate Communication of a Threat, in violation of Title 18, United States Code, Section 875(c)

Date: 12/20/2019

Issuing officer's signature

City and state:  Des Moines, Iowa

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/20/19, and the person was arrested on *(date)* 12/23/19
at *(city and state)* Nevada, IA.

Date: 12/23/19

s/A D_____
*Arresting officer's signature*

Don Schnitker – Special Agent
*Printed name and title*